IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 14 A 9:42

Carlos Edward Hill #144528 )
Full name and prison number of )
plaintiff(s) )
 )
 )
 v. )
 ) CIVIL ACTION NO. 2:05cv987-T
Glenn Camp ) (To be supplied by the Clerk of the
 ) U.S. District Court)
HB&G Building Products )
 )
_____ )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit
      Plaintiff(s) _____N/A_____
      Defendant(s) _____N/A_____
      _____N/A_____

   2. Court (if federal court, name the district; if state court, name the county)
      _____N/A_____
      _____N/A_____

   3. Docket No. _____N/A_____

   4. Name of Judge to whom case was assigned _____N/A_____

   5. Disposition (for example: Was the

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?  N/A

      6. Approximate date of filing lawsuit  N/A

      7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT  Bullock County Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  HB&G Building Products P.O. Box 589  Troy, Alabama 36081

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Glenn Camp  P.O. Box 589  Troy, Alabama 36081
2. HB&G Building Products  P.O. Box 589  Troy, Alabama 36081
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  August 10, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Constitutional Rights were violated  SEE ATTACHED PAPERS

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

SEE Attached papers

-2-

of retaliating with the pair of box cutters in inmate's

Ground One: Constitutional rights were violated Inmate Carlos Hill #144528 feel his constitutional rights were violated when he was fired from his job at HB&G Building Products in Troy, Alabama. Inmate Hill from Bullock County and Inmate Harley from Elba Work-Release got into a altercation and instead of taking matters into his own hands, Inmate Hill reported the incident to the supervisor. Inmate Hill feels Inmate Harley was a little jealous of him, but the two worked well together before the incident on August 10, 2005. There were four splitters Harley, Hill, Stone, and AKA "L". Inmate Hill feels the three other splitters just simply didn't like him. As a recovering crack-cocaine addict Inmate Hill refused the crack-cocaine Mr. Stone put in his hand. My primary purpose was to work hard all summer long minus drugs and alcohol. Although Inmate Hill was a inmate he was on time for his assigned duties everyday. On this particular morning he noticed Inmate Harley might have been under the influence of drugs because his behavior was quite different from any other morning. After a dispute Inmate Harley pushed Inmate Hill to the floor. Instead of retaliating with the pair of bar cutters in Inmate's back pocket Inmate Hill preferred to report it to the supervisor. Inmate Hill knew if he would have acted out he would have killed the guy, instead Inmate Hill reported it to the Supervisor. The bar cutters Inmate Hill carried in his back pocket for work purpose

Ground One: continued

could easily be used as a weapon. Human Resources manager Glenn Camp didn't do a thorough investigation before firing Inmate Hill in a matter of 1 Hour. Inmate Harley wasn't fired. If Glenn Camp would have did a thorough investigation he would have found out Inmate Hill was a good employee and had just gotten a $.50 raise on the August 18, 2005 pay check. Inmate Hill loved his job as a splitter. It was really special to Inmate Hill because Hill is recovering from a serious addiction to crack-cocaine. Inmate Hill would have been filed this suit but as soon as the Work-Release transferred him to Bullock County Correctional Facility, Inmate Hill immediately got into the SAP (Substance Abuse Program) class. Inmate Hill graduated from SAP October 07, 2005. Inmate Hill feel real good about about himself during the 10 months sobriety. Inmate would like to ask the Federal Court for a monetary reward for the mental pain and suffering Inmate Hill suffered on August 10, 2005

GROUND TWO: _N/A_

SUPPORTING FACTS: _N/A_

_N/A_

GROUND THREE: _N/A_

SUPPORTING FACTS: _N/A_

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_I would like for the court to reward me with the monetary value of $2,000,000,000 (2 Billion dollars) for the mental pain and suffering._

_Carlos Edward Hill_
Signature of plaintiff(s)   #144528

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____
              (date)

_Carlos Edward Hill_
Signature of plaintiff(s)
#144528

-3-