IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

2005 OCT 21

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

<u>Carlos Edward Hill #144528</u>
Plaintiff(s)

05-987

v.

<u>Glenn Camp & HB&G Building Products</u>
Defendant(s)

I, <u>Carlos Edward Hill</u>, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.   <u>N/A</u>

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. <u>August 10, 2005 $800.00 MO HB&G Building Products P.O. Box 589 Troy, Alabama 36081</u>

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (✓)
   B. Rent payments, interest, or dividends?   Yes ( )   No (✓)
   C. Pensions, annuities, or life insurance payments?   Yes ( )   No (✓)
   D. Gifts or inheritances?   Yes ( )   No (✓)
   E. Any other sources?   Yes (✓)   No ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. <u>SEE Business Office Statement</u>

Carla Hill 144528

3. Do you own cash, or do you have money in a checking or savings account? (Include all prison accounts). Yes (✓) No ( )

If the answer is YES, state the total value of the items owned. _See Attached business statement_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? Yes ( ) No (✓)

If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to them and indicate how much you contribute toward their support. _____

_Carlos Edward Hall_
Signature of Affiant   #144528

STATE OF ALABAMA          )
COUNTY OF __Bullock__     )

Before me, a Notary Public in and for said County, in said State, personally appeared __Carlos Edward Hall__, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_Carlos Edward Hall_
Signature of Affiant   #144528

Sworn to and subscribed before me on this __11th__ day of __October__, __2005__.

_Gary C. Anthony_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

__Bullock__ County
My Commission Expires: _____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
(date)

_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 7.44 on account to his credit at the BULLOCK COUNTY CORR. FACILITY institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $ _See attached_ on the first day of _____
B. $ on the first day of _____
C. $ on the first day of _____
D. $ on the first day of _____
E. $ on the first day of _____
F. $ on the first day of _____

Date: 10/19/2005

_Patsy Milner_
Authorized Officer of Institution

BULLOCK COUNTY CORR. FACILITY

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY
```

AIS #: 144528        NAME: HILL, CARLOS                AS OF: 10/18/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| OCT   | 13        | $0.00             | $0.00            |
| NOV   | 30        | $0.00             | $0.00            |
| DEC   | 31        | $0.00             | $0.00            |
| JAN   | 31        | $0.00             | $0.00            |
| FEB   | 28        | $0.00             | $0.00            |
| MAR   | 31        | $0.00             | $0.00            |
| APR   | 30        | $0.00             | $0.00            |
| MAY   | 31        | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $98.74            | $468.01          |
| OCT   | 18        | $49.93            | $0.00            |