IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CARLOS EDWARD HILL, #144528             *

    PLAINTIFF,                          *

                                        *

             V.                       *   CIVIL ACTION NO. 2:05-CV-987-T

                                        *           (WO)

GLENN CAMP, et al.,                     *

    DEFENDANTS.                         *

PLAINTIFF'S OBJECTIONS TO MAGISTRATE RECOMMENDATION

Comes now the Plaintiff, Carlos E. Hill, Pro-Se, in the above styled cause and does now object to the Magistrate's Recommendation that was handed down. The Plaintiff would now submit the following in support of his cause:

Inmate Hill (Plaintiff) would like to ask the Defendants to take these three test to insure the challenged conduct is fairly attributable to the State; (1) The public function test, West v. Atkins, 487 U.S. 42, 49, 50, 108 S.Ct. 2250, 2255-2256, 101 L.Ed.2d 40 (1988); Flag Bros. v. Brooks, 436 U.S. 149, 157, 98 S.CT. 1729, 1734, 56 L.Ed. 2d 185 (1978); (2) The State compulsion test Adickes v. S.H. Kreson Co., 398 U.S. 144, 170, 90 S.Ct. 1598, 1615, 26 L.Ed. 2d 142 (1970) and; (3) The symbiotice relationship or nexus test. Burton v. Wilmington Parking Authority, 365 U.S. 715, 721-26, 81 S.Ct. 856, 859-62, 6 L.Ed. 2d 45 (1961). The State compulsion test requires that in law the choice of private actor is deemed to be that of the State. See Blum v. Yaretsky, 457 U.S. 991, 1004, 102 S.Ct. 2777, 2785, 73 L.Ed. 2d 534 (1982); Bier v. Fleming, 717 F.2d 308, 311

(th Cir. 1983), cert. denied, 465 U.S. 1026, 104 S.Ct. 1283, 79 L. Ed. 2d 686 (1984).

The State Officials and the private party denied Hill of his Constitutional Rights for a thorough investigation in order to establish a conspiracy the plaintiff must demonstrate that the State Officials and the private party somehow reached an understanding to deny the plaintiff his Constitutional Rights, Fonda v. Gray, 707 F.2d 435, 438 (9th Cir. 1983).

Not only should inmate Hill be awarded the monetary damages, but work release inmates should not be allowed to work with private companies. Inmate Hill has a very good argument because Inmate Hill dedicated his summer to working hard and don't engage in drugs or alcohol. Mr. Glenn Camp and HB&G company damaged Hill's dream when they didn't do a thorough investigation of the dispute. he would have found out Inmate Hill is one of the nicest guys in the world.

As a recovering crack addict Inmate Hill's dream of helping his aging mother come short of expections, because he was fired without any kind of investigation. Also, Inmate Hill had just gotten a fifty cent raise (enclosed) for his hard work.

Last, but not least, Inmate Hill wanted to make a large donation to the Hurricane Relief Fund, but was just able to make a small donation of twenty-five dollars (enclosed). Inmate Hill prays that the magistrate Judge will consider teh facts before making his final judgment.

THEREFORE, for the foregoing objections the Plaintiff prays that this Honorable Court will over rule the Magistrate Judge's Report and Recommendations and serve Plaintiff's Civil Action on all Defendants.

For this the Plaintiff forever prays.

Done this 07 day of November, 2005.

                                    Respectfully Submitted,

                                    */s/ Carlos Edward Hill #144528*
                                    Carlos Edward Hill, #144528
                                    Bullock Corr. Fac.
                                    P.O. Box 5107
                                    Union Springs, Al  36089

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Clerk for the Middle District Federal Court of Alabama, Debra P. Hackett, P.O. Box 711, Montgomery, AL 36101, Glenn Camp, HB&G Building Products, P.O. Box 589, Troy, AL 36081, by placing same in the U.S. mail, first class postage prepaid, and correctly addressed.

Done this 07 day of November, 2005.

                                    */s/ Carlos Edward Hill #144528*
                                    Carloss Edward Hill



**American Red Cross**
of Central Alabama

5015 Woods Crossing
Montgomery, AL 36106
(334) 260-3980
Fax (334) 260-4070
www.montgomeryarc.org

October 24, 2005

**Executive Committee:**
*Chairman:*
Beverly D. Ross
*Vice Chairman:*
J. Harvey Clark
*Secretary:*
James M. Stubbs
*Treasurer:*
Carol L. Golsan
*Human Resources Chairman:*
Samuel Whalum, Jr.
*Nominating Chairman:*
Jimmie N. Varnado
*Service Delivery Chair*
Scott W. Bamman
*Ex-Officio:*
Judge Truman M. Hobbs, Jr.

**Board Members**
Ashley Aaron
Mario Aman
Ralph Bellamy
Lawrence Bowden
Joceyln Cash
Jean D. Davis
Steve H. Flanagan
Scott Harris
Pamela R. Higgins
Col. Michael P. Holway
Lucy Jackson
W.F. (Billy) Joseph
Greg Kimble
Joe A. Lee, Ph.D.
John W. (Billy) Livings
Judge Bobby Martin
Harrison Morris
Jim L. Ridling
Wm. Slay Stevens
Lamar Thompson

**Ex-Officio:**
Robert B. Adams, M.D.
Lt. Col. Sam Cooper, Ret.
Arnold B. Dopson
Robert A. Gaines
Judge Truman M. Hobbs, Jr.
Cory McInvale
Kyle Kyser
H.F. Levy, Sr.
P.L. McLeod, Jr.
Mixon Russ
Samuel L. Schloss
Diane Wendland

Carlos Hill - AIS# 144528
C/O Bullock County Correctional Facility
P. O. Box 5107
Union Springs, AL 36089

Dear Mr. Hill:

Thank you for your contribution of $25.00 to the American Red Cross Disaster Relief effort in the aftermath of **Hurricane Katrina**. As America's disaster relief agency, Red Cross can give dignity back to disaster victims because of your generosity. Your contribution enables us to continue our mission to promote compassion, to foster a spirit of generosity, and to improve the human condition everywhere.

Within hours, Red Cross volunteers are on the scene setting up shelters for victims who are unable to return to their homes. Red Cross supplies meals and safe drinking water to area residents. Donations to the Disaster Relief Fund also makes it possible for the Red Cross to replace essential items lost in the disaster, including clothing, prescriptions, eyeglasses and work tools. In addition, licensed, professional mental health volunteers are helping victims cope with the emotional distress that follows a traumatic event like this.

As always, you can monitor the programs made possible by your donations at the following web sites:
   Local Programs: www.montgomeryarc.org
   National Programs: www.redcross.org
   International Relief: www.DisasterRelief.org

We have created an important opportunity for people to join us in making themselves and their communities safer – the campaign is called *Together We Prepare*. It emphasizes five action steps that every organization, individual and family should take to be better prepared: Make a Plan, Build a Kit, Get Trained, Volunteer and Give Blood. More information may be obtained at www.redcross.org or by calling our offices. If you have any questions or would like to learn more about the services that the American Red Cross is committed to providing for disaster victims, please contact Kelly Hodges at 334-260-4016.

Sincerely,

*Jackie*

Jacqueline C. Buck
Chief Executive Officer

   **  *Per IRS regulations, no goods or services were given in consideration of this gift.*

• *Serving Autauga, Butler, Chilton, Elmore, Lowndes, Montgomery and Pike Counties* •

| CO. | FILE | DEPT | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 2V7 | 054273 | 003200 | 0001564039 | 036 | 1 |

**Earnings Statement** 

*HB&G BUILDING PRODUCTS*
*P.O. BOX 589*
*TROY, ALABAMA 36081*

Period Ending: 08/13/2005
Pay Date: 08/18/2005

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:        0,Tax Blocked
    AL:             $1,500 Yearly Exemption,Tax Blocked

CARLOS EDWARD HILL
AL DOC PO BOX 192
#144528
UNION SPRINGS, AL 36089

Social Security Number:   XXX-XX-5669

| Earnings | rate | hours | this period | to date |
|---|---|---|---|---|
| Regular | 7.7500 | 22.75 | 176.31 | |
| **Gross Pay** | | | **$176.31** | 2,747.36 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | | 15.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -10.93 | 170.34 |
| | Medicare Tax | -2.56 | 39.84 |
| | **Other** | | |
| | Dental | -1.47 | |
| | Disability | -3.12 | |
| **Net Pay** | | **$158.23** | |

**Important Notes**
TAKING PHOTOGRAPHS (INCLUDING CELL PHONE PICTURES) IS FORBIDDON ON COMPANY PROPERTY UNLESS APPROVED.

Your federal taxable wages this period are $176.31