IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS EDWARD HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv987-T |
| ) | (WO) |
| GLENN CAMP and HB & G ) | |
| BUILDING PRODUCTS, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 3) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of November, 2005.


                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**