IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

CARLOS EDWARD HILL, #144528

　　PLAINTIFF,

V.   　　　　　　　　　　　　　　CIVIL ACTION NO. 2:05-CV-987-T

GLENN CAMP, et, al.,

　　DEFENDANTS,

## NOTICE OF APPEAL

### TO THE ELEVENTH CIRCUIT COURT OF APPEALS

Notice is hereby given that Carlos E. Hill, appeals to the above named court from the judgment of denial of Civil Action No. 2:05-CV-987-T, entered in this cause on the 21st day of November, 2005.

Done this 05 day of ~~November~~, 2005.
December 05, 2005

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　Carlos E. Hill, #144528
　　　　　　　　　　　　　　　　　　　　Bullock Corr. Fac.
　　　　　　　　　　　　　　　　　　　　P.O. Box 5107
　　　　　　　　　　　　　　　　　　　　Union Springs, AL 36089