IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2006 JUN 12 P 1: 57

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 0 8 2006

THOMAS K. KAHN
CLERK

---

No. 05-16790-E

---

CARLOS EDWARD HILL,

Plaintiff-Appellant,

versus

GLENN CAMP,
HB & G BUILDING PRODUCTS,

Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _Gloria Powell_
Deputy Clerk
Atlanta, Georgia

Before CARNES, MARCUS and PRYOR, Circuit Judges.

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order, dated April 26, 2006, denying his motions for leave to proceed on appeal, appointment of counsel, and for an appearance in this Court. Upon reconsideration, appellant's motion for leave to proceed is DENIED, and the appeal is DISMISSED because it is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). Appellant has failed to demonstrate that the defendants are "state actors" within the meaning of 42 U.S.C. § 1983. See Rayburn ex rel. Rayburn v. Hogue, 241 F.3d 1341, 1347-48 (11th Cir. 2001).

Appellant's motion for appointment of counsel is DENIED.

Appellant's "Motion to Appear in the United [States] Court of Appeals [for the] Eleventh Circuit" is DENIED.